HEATHER E. WILLIAMS, CA Bar 122664
Federal Defender
CHARLES J. LEE, CA Bar 221057
Assistant Federal Defender
2300 Tulare St, Ste. 330
Fresno, CA 93721
Tel: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
RAMIRO CERVANTES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 1:21-cr-00226-NONE-SKO |
|---|---|
| Plaintiff, | |
| v. | MOTION TO WITHDRAW AS COUNSEL OF RECORD AND APPOINT CJA COUNSEL; ORDER THEREON |
| RAMIRO CERVANTES, | |
| Defendant. | |

Charles J. Lee, Assistant Federal Defender, and counsel of record in the above-captioned case, hereby moves for an order allowing him to withdraw as counsel of record and for appointment of new counsel to represent defendant RAMIRO CERVANTES. As grounds, he states:

1. The Federal Defender's Office was appointed to represent Ramiro Cervantes on September 8, 2021, at his initial appearance. Dkt. #3.

2. At the time of appointment, the undersigned was an Assistant Federal Defender with the Federal Defender's Office in Fresno.

3. On December 23, 2021, the undersigned was appointed to the Fresno Superior Court and anticipates making the transition in January 2022.

4. As Mr. Cervantes is still in need to counsel to represent him, our office has contacted CJA panel attorney Timothy Hennessy, who is available and willing to accept the appointment.

5. Accordingly, the undersigned requests that he be permitted to withdraw from the case, and that new counsel, Timothy Hennessy, be appointed.

Respectfully submitted,

DATED: December 27, 2021

*/s/ Charles J. Lee*
CHARLES J. LEE
Assistant Federal Defender
Attorneys for RAMIRO CERVANTES

**O R D E R**

IT IS SO ORDERED that the Office of the Federal Defender may withdraw from its representation of RAMIRO CERVANTES, and that CJA panel counsel Timothy Hennessy shall be appointed.

IT IS SO ORDERED.

Dated:   **December 27, 2021**            /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE

Cervantes: Motion to Withdraw