1  PHILLIP A. TALBERT
   United States Attorney
2  KATHERINE E. SCHUH
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

8                    IN THE UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,            CASE NO. 1:21-CR-00226-JLT-SKO

12                        Plaintiff,     STIPULATION REGARDING EXCLUDABLE
                                         TIME PERIODS UNDER SPEEDY TRIAL ACT;
13               v.                      ORDER

14  RAMIRO CERVANTES,                    DATE: April 6, 2022
                                         TIME: 1:00 p.m.
15                        Defendant.     COURT: Hon. Sheila K. Oberto

16

17                             **STIPULATION**

18      Plaintiff United States of America, by and through its counsel of record, and defendant, by and

19  through defendant's counsel of record, hereby stipulate as follows:

20      1.      By previous order, this matter was set for status on April 6, 2022.

21      2.      By this stipulation, defendant now moves to continue the status conference until June 29

22  2022, and to exclude time between April 6, 2022, and June 29 2022, under the Speedy Trial Act.

23      3.      The parties agree and stipulate, and request that the Court find the following:

24              a)      The government has represented that the discovery associated with this case

25  includes investigative reports, photographs, body camera recordings, and recorded jail phone

26  calls. All of this discovery was provided directly to prior defense counsel and/or made available

27  for inspection and copying. The government is in the process of providing this discovery to the

28  undersigned defense counsel, who was recently appointed by the court.

STIPULATION REGARDING EXCLUDABLE TIME          1
PERIODS UNDER SPEEDY TRIAL ACT

1      b)      Counsel for defendant desires additional time conduct investigation into the

2 charges, review discovery, and consult with his client and the government regarding potential

3 resolution.

4      c)      Counsel for defendant believes that failure to grant the above-requested

5 continuance would deny him/her the reasonable time necessary for effective preparation, taking

6 into account the exercise of due diligence.

7      d)      The government does not object to the continuance.

8      e)      Based on the above-stated findings, the ends of justice served by continuing the

9 case as requested outweigh the interest of the public and the defendant in a trial within the

10 original date prescribed by the Speedy Trial Act.

11      f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

12 et seq., within which trial must commence, the time period of April 6, 2022 to June 29 2022,

13 inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) because it results

14 from a continuance granted by the Court at defendant's request on the basis of the Court's

15 finding that the ends of justice served by taking such action outweigh the best interest of the

16 public and the defendant in a speedy trial.

17 \\\

18 \\\

19 \\\

20 \\\

21 \\\

22 \\\

23 \\\

24 \\\

25 \\\

26 \\\

27 \\\

28 \\\

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  March 29, 2022                    PHILLIP A. TALBERT
                                          United States Attorney


                                          /s/ KATHERINE E. SCHUH
                                          KATHERINE E. SCHUH
                                          Assistant United States Attorney


Dated:  March 29, 2022                    /s/ Timothy Hennessy
                                          Timothy Hennessy
                                          Counsel for Defendant
                                          RAMIRO CERVANTES




**ORDER**

IT IS SO ORDERED.




DATED:  3/31/2022             _____
                              THE HONORABLE SHEILA K. OBERTO
                              UNITED STATES MAGISTRATE JUDGE