PHILLIP A. TALBERT
United States Attorney
Mark J. McKeon
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone:  (559) 497-4000
Facsimile:   (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                    Plaintiff,<br><br>                        v.<br><br>RAMIRO CERVANTES,<br><br>                                    Defendant. | CASE NO.  1:21-CR-00226-NONE-SKO<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER<br><br>DATE: June 29, 2022<br>TIME: 1:00  p.m.<br>COURT: Hon. Sheila K. Oberto |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.        By previous order, this matter was set for status on June 29, 2022.

2.        By this stipulation, defendant now moves to continue the status conference until September 21, 2022, and to exclude time between June 29, 2022, and September 21, 2022, under the Speedy Trial Act.

3.        The parties agree and stipulate, and request that the Court find the following:

        a)        The government has represented that the discovery associated with this case includes investigative reports, photographs, body camera recordings, and recorded jail phone calls. All of this discovery was provided directly to prior defense counsel and/or made available for inspection and copying. The government is in the process of providing this discovery to the

undersigned defense counsel, who was recently appointed by the court.

b) Counsel for defendant desires additional time conduct investigation into the charges, review discovery, and consult with his client and the government regarding potential resolution.

c) Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d) The government does not object to the continuance.

e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of June 29, 2022 to September 21, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

\\\
\\\
\\\
\\\
\\\
\\\
\\\
\\\
\\\
\\\
\\\

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  June 15, 2022                                    PHILLIP A. TALBERT
                                                        United States Attorney


                                                        /s/ Mark J. McKeon
                                                        Mark J. McKeon
                                                        Assistant United States Attorney


Dated:  June 15, 2022                                    /s/ Timothy Hennessy
                                                        Timothy Hennessy
                                                        Counsel for Defendant
                                                        RAMIRO CERVANTES




**ORDER**

IT IS SO ORDERED.


DATED: 6/22/2022                          *Sheila K. Oberto*
                                          THE HONORABLE SHEILA K. OBERTO
                                          UNITED STATES MAGISTRATE JUDGE