1  PHILLIP A. TALBERT
   United States Attorney
2  Alexandre Dempsey
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone:  (559) 497-4000
   Facsimile:   (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

8               IN THE UNITED STATES DISTRICT COURT

9               EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,              CASE NO.  1:21-CR-00226-NONE-SKO

12                         Plaintiff,     STIPULATION REGARDING EXCLUDABLE
                                          TIME PERIODS UNDER SPEEDY TRIAL ACT;
13              v.                        ORDER

14 RAMIRO CERVANTES,                      DATE: September 21, 2022
                                          TIME: 1:00  p.m.
15                         Defendant.     COURT: Hon. Sheila K. Oberto

16

17                           **STIPULATION**

18        Plaintiff United States of America, by and through its counsel of record, and defendant, by and

19 through defendant's counsel of record, hereby stipulate as follows:

20        1.      By previous order, this matter was set for status on September 21, 2022.

21        2.      By this stipulation, defendant now moves to continue the status conference until

22 November 16, 2022, and to exclude time between September 21, 2022, and November 16, 2022, under

23 the Speedy Trial Act.

24        3.      The parties agree and stipulate, and request that the Court find the following:

25               a)      The government has represented that the discovery associated with this case

26 includes investigative reports, photographs, body camera recordings, and recorded jail phone

27 calls. All of this discovery was provided directly to prior defense counsel and/or made available

28 for inspection and copying. The government is in the process of providing this discovery to the

undersigned defense counsel, who was recently appointed by the court.

        b)      Counsel for defendant desires additional time conduct investigation into the charges, review discovery, and consult with his client and the government regarding potential resolution.

        c)      Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

        d)      The government does not object to the continuance.

        e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

        f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of September 21, 2022 to November 16, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

\\\
\\\
\\\
\\\
\\\
\\\
\\\
\\\
\\\
\\\
\\\

1   4.  Nothing in this stipulation and order shall preclude a finding that other provisions of the

2 Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

3 must commence.

4   IT IS SO STIPULATED.

5

6

7 Dated:  September 14, 2022     PHILLIP A. TALBERT
               United States Attorney

8

9              /s/ Alexandre Dempsey
              Alexandre Dempsey

10             Assistant United States Attorney

11

12 Dated:  September 14, 2022     /s/ Timothy Hennessy
              Timothy Hennessy

13             Counsel for Defendant
             RAMIRO CERVANTES

14

15

16         **ORDER**

17   IT IS SO ORDERED.

18

19 DATED: 9/14/2022      *Sheila K. Oberto*
             THE HONORABLE SHEILA K. OBERTO

20             UNITED STATES MAGISTRATE JUDGE

21

22

23

24

25

26

27

28