**HENNESSY LAW GROUP**
Timothy Hennessy State Bar No. 286317
1217 L Street
Bakersfield, CA 93301
Tel: (661) 237-7179
Fax: (661) 742-1898
Email: tph@hennessyatlaw.com

Attorney for:
RAMIRO CERVANTES

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT of CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:21-cr-00226-JLT-SKO |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE THE STATUS CONFERENCE** |
| vs. | |
| RAMIRO CERVANTES, | |
| Defendant | |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE SHEILA K. OBERTO AND ALEXANDRE DEMPSEY, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, RAMIRO CERVANTES, by and through his attorney of record, Timothy Hennessy hereby requesting that the status conference hearing currently set for Wednesday, November 16, 2022, be continued to Wednesday, February 15, 2023.

Defense Counsel needs more time to finalize investigation and review. I have spoken to AUSA Alexandre Dempsey, and he has no objection to continuing the status conference.

The parties also agree the delays resulting from the continuance shall be excluded in the interest of justice pursuant to 18 USC 3161 (h)(7)(A) and 3161 (h)(7)(B)(1).

//

//

//

Stipulation and Order to Continue Status Conference

1

**IT IS SO STIPULATED.**

Respectfully Submitted,

DATED:11/9/22

*/s/ Timothy Hennessy*
TIMOTHY HENNESSY
Attorney for Defendant
RAMIRO CERVANTES

DATED:11/9/22

*/s/Alexandre Dempsey*
ALEXANDRE DEMPSEY
Assistant U.S. Attorney

## ORDER

**IT IS SO ORDERED** that the status conference hearing be continued to February 15, 2023.

Dated: 11/9/2022

*Sheila K. Oberto*
U.S. Magistrate Judge