**HENNESSY LAW GROUP**
Timothy P. Hennessy, State Bar No. 286317
l215 "L" Street
Bakersfield, CA 93301
Tel: (661) 237-7179
Email : tph@hennessyatlaw. com

Attorney for:
**RAMIRO CERVANTES**

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RAMIRO CERVANTES,<br><br>Defendants. | Case No.  1:21-cr-00226-JLT-SKO<br><br>STIPULATION AND ORDER TO CONTINUE THE SENTENCING HEARING |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE JENNIFER L. THURSTON AND HENRY CARBAJAL, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, RAMIRO CERVANTES, by and through his attorney of record, Timothy Hennessy hereby requesting that the sentencing hearing currently set for Monday, June 26, 2023, be continued to August 7, 2023.

Defense counsel was in an extended state trial *People vs. Trezell West BF188340A* and needs additional time to brief and review supporting documents. I have spoken to AUSA Henry Carbajal, and he has no objection to continuing the matter.  In addition, all counsel and USPO Megan Pascual have agreed to continue the dates set forth in the Presentence Investigation Referral/Schedule to the following dates:

**Informal objections due to Probation and Opposing Counsel July 17, 2023**

**Formal Objections Filed with Court and Served to Probation and Opposing Counsel July 24, 2023**

**Reply, or Statement of Non-Opposition July 31, 2023**

**Judgement and Sentencing Date August 7, 2023**

**IT IS SO STIPULATED.**

                                                         Respectfully Submitted,

DATED: June 7, 2023                       */s/ Timothy Hennessy*
                                                         TIMOTHY HENNESSY
                                                         Attorney for Defendant
                                                         Ramiro Cervantes

DATED: June 7, 2023                       */s/Henry Carbajal*
                                                         HENRY CARBAJAL
                                                         Assistant U.S. Attorney

# **ORDER**

IT IS SO ORDER that the sentencing currently set for Monday, June 26, 2023, be continued to Monday, **August 7, 2023**, and the following briefing schedule be adopted:

- Informal objections due to Probation and Opposing Counsel **July 17, 2023**
- Formal Objections Filed with Court and Served to Probation and Opposing Counsel **July 24, 2023**
- Reply, or Statement of Non-Opposition **July 31, 2023**
- Judgement and Sentencing Date **August 7, 2023**

IT IS SO ORDERED.

Dated:   June 12, 2023

HONORABLE JENNIFER L. THURSTON
UNITED STATES DISTRICT JUDGE